

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00403-CV

Benito Manuel **ALVAREZ** Alonso and Teresa F. Zeevaert Wolff,
Appellants

v.

Lucia Zeevaert **ALVAREZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-09034
Honorable David A. Berchelmann, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Lucia Zeevaert Alvarez, recover her costs of this appeal from appellants, Benito Manuel Alvarez Alonso and Teresa F. Zeevaert Wolff.

SIGNED July 17, 2013.

_____
Luz Elena D. Chapa, Justice